# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Frankfort Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

| | |
|---|---|
| In Re: Farrah Layne Cox<br>Michael Tait Cox | Case Number: 12−30611−grs |
| aka/dba: | Chapter: 13 |
| Debtor(s) | |

## NOTICE OF TRANSFER OF CLAIM AND OF TIME TO FILE OBJECTION

Claim No. 13 was filed or deemed filed under 11 U.S.C. section 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 20, 2013 .

Alleged Transferor:

Capital One, N.A.
c/o Bass & Associates, PC; 3936 E Ft Lowell Rd; Ste 200; Tucson AZ 85712

Transferee:

East Bay Funding, LLC
c/o Bass & Associates, PC; 3936 E Ft Lowell Rd; Ste 200; Tucson AZ 85712

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

DATED: 5/2/13

By the court −

/s/ Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge